UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIS BAIRD,<br><br>           Plaintiff,<br><br>    v.<br><br>SALVADOR GODINEZ, DONALD GAETZ, INVESTIGATOR GABOR, STEVEN DUNCAN, ANN (BETH) TREADWAY, BRIAN STAFFORD, JAMES WHELAN, B. LIVINGSTON, KEVIN HORTON, CORRECTIONAL COUNSELOR, MR. HUDDLESTONE, MS. LEAF, LINDA CUSICK, MRS. WAGNER, MRS. NEAL, LT. TIMOTHY MCALISTER, ANDREW GANGLOFF, ZACHARIAH BUCHANAN, DALLAS WILLIS, C/O BRANT, E. ADAMSON, RONALD BRUNER, JOHN DOE and RUSSELL GOINS,<br><br>           Defendants. | Case No. 14-cv-902-JPG-SCW |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 86) of Magistrate Judge Stephen C. Williams recommending that the Court deny as moot plaintiff Willis Baird's motion for a preliminary injunction or temporary restraining order (Doc. 38) in light of his release from the custody of the Illinois Department of Corrections.

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report. The Court has reviewed the entire file

and finds that the Report is not clearly erroneous.   Accordingly, the Court hereby:

- **ADOPTS** the Report in its entirety (Doc. 86); and

- **DENIES** Baird's motion for a preliminary injunction or temporary restraining order (Doc. 38).

**IT IS SO ORDERED.**
**DATED:   May 7, 2015**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**
