IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |  |
|---|---|---|
| WILLIS BAIRD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:14-cv-902-NJR-DGW |
| | ) | |
| SALVADORE GODINEZ, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

On January 20, 2016, this Court set a telephonic status conference to occur on February 10, 2016 (Doc. 110). Plaintiff failed to appear at the conference and an Order to Show Cause was issued on February 12, 2016 (Doc. 118). Plaintiff responded on March 1, 2016, four days after the deadline (Doc. 121). Plaintiff states that he is involved in a number of active cases and that he did not know that the Court had scheduled the status conference. He further indicates that he is actively pursuing this lawsuit and that other matters (including his job and an ailing parent) have taken up a great deal of his time. The Court finds that Plaintiff has shown cause for failing to appear at the status conference and it is discharged.

Plaintiff is nonetheless **WARNED** that notwithstanding the other matters that take up his time, he must appear for conferences and hearings that are set by the Court. While the Court will entertain motions for extension of time or motions to reset hearings, Plaintiff will not be excused from attending merely because he is busy. The February 10, 2016 status conference was set in this Court's Scheduling Order which in turn sets forth other hearings and deadlines. In light of Plaintiff's representation that he was not aware of the hearing, the Clerk of Court is **DIRECTED** to resend that Scheduling Order to Plaintiff, along with a copy of this Order (Doc. 110).

Plaintiff also is informed that Defendants Linda Cusick, Mrs. Neal, and Mrs. Wagner filed a Motion for Summary Judgment on January 28, 2016 (Doc. 111).  Plaintiff's response was due by March 3, 2016; however, no such response has been filed.  Plaintiff is *sua sponte* **GRANTED** until **March 25, 2016** to file a response.  Failure to do so may result in a Report and Recommendation that the Motion be **GRANTED**.

Finally, Defendant's Motion for Extension of Time to file a Motion for Summary Judgment is **GRANTED IN PART** (Doc. 120).  Defendants request until March 20, 2016, which is a Sunday.  Defendants are granted until **March 21, 2016** to file their Motion.  Again, Plaintiff is reminded that he must respond to the motion within 30 days of service.

**IT IS SO ORDERED.**

**DATED: March 15, 2016**

                                                   **DONALD G. WILKERSON**
                                                   **United States Magistrate Judge**